BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900



FILED

JAN 1 6 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-00010 LKK |
|---|---|
| Plaintiff, | VIOLATION: 18 U.S.C. § 2252(a)(2) – Receipt of Child Pornography; 18 U.S.C. § 2253(a) - Criminal Forfeiture |
| v. | |
| CHAD CARL JAYCOX, | |
| Defendant. | |

# I N D I C T M E N T

The Grand Jury charges: T H A T

CHAD CARL JAYCOX,

defendant herein, between on or about April 16, 2011, and continuing through on or about September 10, 2013, in the County of Sutter, State and Eastern District of California, having previously been convicted of a violation of California Penal Code Section 261.5(c), Unlawful Sexual Intercourse with a Person under the Age of 18, to wit: on or about December 27, 2010, in the County of Sutter, in Case Number ~~CA051013J~~ 1000027832002 RPC, did knowingly receive visual depictions using a means and facility of interstate and foreign commerce, and that had been transported in and affecting interstate and foreign commerce, and which contained materials which had been so transported, by any means including by computer, where the production of such visual depictions involved the use of a minor engaging in sexually explicit

conduct and such visual depictions were of such conduct as defined in Title 18, United States Code, Section 2256(2), all in violation of Title 18, United States Code, Sections 2252(a)(2).

FORFEITURE ALLEGATION: [18 U.S.C. § 2253(a) - Criminal Forfeiture]

1. Upon conviction of the offense alleged in this Indictment, defendant CHAD CARL JAYCOX shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a), any and all matter which contains visual depictions produced, transported, mailed, shipped, or received in violation thereof; any property, real or personal, constituting or traceable to gross profits or other proceeds the defendant obtained as a result of the violation; and any property, real or personal, used or intended to be used to commit and to promote the commission of such violation or any property traceable to such property, including, but not limited to: HP Pavilion computer, Model Number A475, Serial Number MXK40513V2.

2. If any property subject to forfeiture, as a result of the offense alleged in this Indictment, for which defendant is convicted, cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant, up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ Signature on file w/AUSA

FOREPERSON

BENJAMIN B. WAGNER
United States Attorney

No. 2:14 - CR 0 0 0 1 0 LKK

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA
*vs.*

## CHAD CARL JAYCOX

### I N D I C T M E N T

**VIOLATION:** 18 U.S.C. § 2252(a)(2) – Receipt of Child Pornography;
18 U.S.C. § 2253(a) – Criminal Forfeiture

*A true bill,*

/s/ Signature on file w/AUSA

―――――――――――――――――――
*Foreman.*

*Filed in open court this* 16th *day*

*of* January *, A.D. 20* 14

―――――――――――――――――――
*Clerk.*

Bail, $ ―――――――――

**NO BAIL WARRANT**

GPO 863 525

## PENALTY SLIP

**DEFENDANT:** **CHAD CARL JAYCOX**

VIOLATION: 18 U.S.C. § 2252(a)(2) - Receipt of Child Pornography

PENALTY:    Not more than $250,000 Fine; or
            Not less than 15 years imprisonment or not more than 40 years of Imprisonment, or both;
            5 Year to Life supervised release.

**FORFEITURE ALLEGATION:**
VIOLATION: 18 U.S.C. § 2253 - Criminal Forfeiture
PENALTY:    As stated in indictment.

ASSESSMENT:    $100 special assessment for each count